**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 10a0151n.06

**No. 08-5728**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**

**Mar 11, 2010**

LEONARD GREEN, Clerk

NANETTE LAURENCE,

    Plaintiff-Appellant,

v.

GATEWAY HEALTH SYSTEM, aka Clarksville
Volunteer Health, Inc.,

    Defendant-Appellee.

)
)
)
)
)
)
)
)
)
)
)
)

ON APPEAL FROM THE
UNITED STATES DISTRICT
COURT FOR THE MIDDLE
DISTRICT OF TENNESSEE

BEFORE: KEITH, BOGGS, and GRIFFIN, Circuit Judges.

PER CURIAM.

Plaintiff Nanette Laurence filed this action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq*., against her former employer, defendant Gateway Health System ("Gateway"), alleging race discrimination. Gateway moved for summary judgment. A magistrate judge recommended that Gateway's motion for summary judgment be granted and that Laurence's action be dismissed. Over Laurence's objections, the district court adopted and approved the magistrate judge's report and recommendation, granted Gateway's motion for summary judgment, and dismissed the action. Laurence timely appeals.

After carefully reviewing the record below, the parties' briefs, and the arguments contained therein, we are persuaded that the district court properly analyzed the issues in this case and correctly

granted Gateway summary judgment.  Rather than issue a detailed opinion, which would serve no useful purpose, we adopt the magistrate judge's reasoning set forth in her report and recommendation, which was approved by the district court on May 16, 2008.  *See Laurence v. Gateway Health Sys.*, No. 3:06-0636, 2008 WL 2097390, at *1 (M.D. Tenn. May 16, 2008).

AFFIRMED.